UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALLINCKRODT INC., | : |
| Plaintiff, | : Civil Action No. 10-6424 (FSH) |
| v. | : |
| WATSON LABORATORIES, INC.-FLORIDA, ET AL., | : ORDER ON INFORMAL APPLICATION |
| Defendants. | : |

This matter having come before the Court by way of submission dated March 22, 2011, regarding the defendants' request for leave to file a motion to "lift the thirty month stay";

and the Court having reviewed the docket;

and it appearing that the defendant has filed an Answer and that a conference pursuant to Fed. R. Civ. P. 16 shall be convened;

and it appearing that the instant request should be raised during the Rule 16 conference as it can be discussed in the context of other pretrial proceedings and the status of the proceedings before the FDA;

IT IS THEREFORE ON THIS 22nd day of March, 2011

ORDERED that the request for leave to file a motion to lift the "thirty-month stay" is denied without prejudice and may be renewed at the Rule 16 conference; and

IT IS FURTHER ORDERED that there shall be a Rule 16 conference on **April 7, 2011 at 11:00 a.m**.  A separate order setting forth the requirements for the conference will be issued.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**